# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137993(65)(67)(70)

ANDREA L. HOLMAN, Personal Representative
of the Estate of LINDA CLIPPERT, Deceased,
        Plaintiff-Appellant,

v

MARK RASAK, D.O.,
        Defendant-Appellee.

_____

SC: 137993
COA: 279879
Oakland CC: 2005-068493-NH

On order of the Chief Justice, the motion by the Michigan Association for Justice for extension of the time for filing their brief *amicus curiae* is GRANTED. Motions by ProAssurance Casualty Company and American Physicians Insurance Corporation and by Michigan Health and Hospital Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.

.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009                                        
Clerk